**SECRET**

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**MARQUESE SHYDRICH GATEN,**<br>[DOB: 3-18-2002]<br><br>Defendant. | No. 25-03078-01-CR-S-SRB<br><br>**COUNT 1**<br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>$100 Special Assessment |

**I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT:**

**COUNT 1**

On or about August 10, 2024, in Greene County, in the Western District of Missouri, the defendant, **MARQUESE SHYDRICH GATEN**, in connection with the attempted acquisition of a firearms, specifically a Romarm pistol bearing serial number 23PMD-48281, from Hunt's Hardware, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, to Hunt's Hardware, which statement was intended and likely to deceive Hunt's Hardware, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was not under indictment or information in any court for a felony, or any other crime for which the judge could imprison him for more than one year, when in fact as the defendant then

1

knew, he had been charged with a felony, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**A TRUE BILL.**

*SIGNATURE ON FILE WITH USAO*
**FOREPERSON OF THE GRAND JURY**

 */s/ Stephanie Wan*
**STEPHANIE L. WAN**
Assistant United States Attorney
Missouri Bar #58918

Dated: *5/14/2025*
Springfield, Missouri