IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**MARQUESE SHYDRICH GATEN,**<br>[DOB: 3-18-2002]<br><br>Defendant. | No. 25-03078-01-CR-S-SRB<br><br>**COUNT 1**<br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT 2**<br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNTS 3 and 4**<br>18 U.S.C. §§ 922(n) and 924(a)(1)(D)<br>NMT 5 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class D Felony<br><br>$100 Special Assessment (Each Count of Conviction) |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about August 10, 2024, in Greene County, in the Western District of Missouri, the defendant, **MARQUESE SHYDRICH GATEN**, in connection with the attempted acquisition of a firearms, specifically a Romarm pistol bearing serial number 23PMD-48281, from Hunt's Hardware, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, to Hunt's

1

Hardware, which statement was intended and likely to deceive Hunt's Hardware, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was not under indictment or information in any court for a felony, or any other crime for which the judge could imprison him for more than one year, when in fact as the defendant then knew, he had been charged with a felony, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 2

On or between December 31, 2024, and January 1, 2025, in the Western District of Missouri, the defendant, **MARQUESE SHYDRICH GATEN**, knowingly possessed, received, and disposed of a stolen firearm, that is, a Glock pistol possessed by D.F., which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT 3

On or about between December 31, 2024, and January 1, 2025, in the Western District of Missouri, the defendant, **MARQUESE SHYDRICH GATEN**, knowing that he was then under indictment for a crime punishable by imprisonment for a term exceeding one year, did willfully receive a firearm, that is, a Glock pistol possessed by D.F., which had been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Section 922(n) and 924(a)(1)(D).

## COUNT 4

On or about between December 1, 2023, and January 1, 2025, in the Western District of Missouri, the defendant, **MARQUESE SHYDRICH GATEN**, knowing that he was then under indictment for a crime punishable by imprisonment for a term exceeding one year, did willfully receive a firearm, that is, a Glock pistol with a gold slide, which had been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Section 922(n) and 924(a)(1)(D).

**A TRUE BILL.**

*SIGNATURE ON FILE WITH USAO*
**FOREPERSON OF THE GRAND JURY**

*Stephanie L. Wan*
**STEPHANIE L. WAN**
Assistant United States Attorney
Missouri Bar #58918

Dated: *June 17, 2025*
Springfield, Missouri